| | |
|---|---|
| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| | | | |
|---|---|---|---|
| BEFORE: | JAMES ORENSTEIN | DATE: | 5/24/2012 |
| | U.S. MAGISTRATE JUDGE | TIME: | 4:00 p.m. |

*In re: Holocaust Victim Assets Litigation*
04-CV-3766 (ERK) (JO)

TYPE OF CONFERENCE:  Telephone

APPEARANCES:    Haakers        Heath B. Olnowich; Scott Markowitz

Dufour         Stuart E. Eizenstat, Damara L. Chambers

SCHEDULING: There are no further conferences scheduled before me at this time.

THE FOLLOWING RULINGS WERE MADE:  Claimant Dufour will submit authority and argument in support of her position on the court's order of April 16, 2010, by June 25, 2012. The Haaker claimants will submit a response by July 24, 2012. Any claimant who seeks to be heard orally shall include a request for argument in that claimant's submission.

SO ORDERED

/s/
JAMES ORENSTEIN
U.S. Magistrate Judge