# COVINGTON & BURLING LLP

1201 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004-2401
TEL 202.662.6000
FAX 202.662.6291
WWW.COV.COM

BEIJING
BRUSSELS
LONDON
NEW YORK
SAN DIEGO
SAN FRANCISCO
SILICON VALLEY
WASHINGTON

DAMARA CHAMBERS
TEL 202.662.5279
FAX 202.778.5279
DCHAMBERS @ COV.COM

September 6, 2012

BY ECF

Honorable James Orenstein
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11722-9014

Re: *In re Holocaust Victim Assets Litigation; In re Accounts of Anna Marcus and Susanne Marcus (Claim No. 202033/MD)*, No. 04-cv-03766 (ERK)(JO): Joint Motion for Adjournment of Oral Argument

Dear Judge Orenstein:

Counsel to Olga Dufour, one of the claimants in this action, submit this request jointly with counsel to claimants Lawrence Haaker, David Haaker, Suzanne Perloth, and Lisa Goldberg (collectively, the "Parties"). The Parties are in receipt of the Revised Scheduling Order, dated August 30, 3023, which scheduled oral argument for September 25, 2012, at 2:00 p.m. We write, pursuant to Section II(A)(1) of your Individual Practice Rules, to request adjournment of the oral argument until the week of October 1, 2012. No previous requests for adjournment have been made, and this request does not affect any other deadline.

The Parties request this adjournment to accommodate the Jewish holiday Yom Kippur, which begins on September 25, 2012, and the travel schedules of counsel. Accordingly, the Parties respectfully request that your Honor adjourn the oral argument until the week of October 1, 2012 or sometime thereafter. Specifically, counsel for the Parties will be available for oral argument on Wednesday, October 3 and Friday, October 5. Alternatively, counsel can be available Tuesday morning, October 2, or anytime on Tuesday, October 16, 2012.

Respectfully submitted,

Damara L. Chambers

COVINGTON & BURLING LLP

Honorable James Orenstein
September 6, 2012
Page 2

cc: Michael Bradfield, Esq. (by ECF)
*Special Master*

Heath B. Olnowich, Esq. (by ECF and email)
Scott Markowitz, Esq. (by ECF and email)

*Counsel to Claimants Lawrence Haaker, David Haaker, Suzanne Perloth, and Lisa Goldberg*

Michael Pappe, Esq. (by ECF)
*Counsel to Richard Marcus*